# In the United States Court of Federal Claims

* * * * * * *

SWANSON GROUP, INC., *

Plaintiff, * No. 05-171C

v. * Filed: March 29, 2005

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's unopposed motion for an enlargement of time to May 12 to file its response is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge