# In the United States Court of Federal Claims

* * * * * * *

SWANSON GROUP, INC., *

Plaintiff, * No. 05-171C

v. * Filed: May 24, 2005

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's motion to transfer is GRANTED. The motion is unopposed. The Clerk of Court will transfer this case to the docket of Judge Smith, pursuant to Rule 40.1(b).

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge