# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **THE SWANSON GROUP, INC.,** | * | |
| *Plaintiffs,* | * | Case No. 05-170C, |
| v. | * | consolidated with 05-171C |
| | * | Senior Judge Loren A. Smith |
| | * | Filed: Thursday, June 2, 2005 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to RCFC 42(a) and because the claims asserted in the two Complaints filed by Plaintiff Swanson Group in case numbers 05-170 and 05-171 involve "common questions of law or fact", the Court hereby **GRANTS** Plaintiff's May 6, 2005 Unopposed Motion to Consolidate, which was originally filed in case number 05-171C.

**IT IS SO ORDERED.**

/s Loren A. Smith
Loren A. Smith
SENIOR JUDGE