# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| **THE SWANSON GROUP, INC.,** | Case No. 05-170C<br>consolidated with 05-171C |
| *Plaintiff,* | |
| v. | Senior Judge Smith |
| **THE UNITED STATES**, | Filed: April 3, 2006 |
| *Defendant.* | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court **STRIKES** Plaintiff's Motion for Summary Judgment on the Issue of Liability in Case No. 05-171C ("Whitecap") (05-171C Docket No. 13) and the Plaintiff's Proposed Findings of Uncontroverted Facts (05-171C Docket No. 14). The Parties are directed to file these and all future pleadings in the lead case (05-170C).

**IT IS SO ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE